IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND (BALTIMORE)

---

CAROLYN BROOKS,                              Case No: 1:12-cv-01926-WDQ

    Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.;
MIDLAND FUNDING LLC; TRANS
UNION LLC: EXPERIAN INFORMATION
SOLUTIONS, INC.; AND EQUIFAX

    Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF
AND DEFENDANTS MIDLAND CREDIT MANAGEMENT, INC. AND
MIDLAND FUNDING LLC ONLY**

---

Plaintiff Carolyn Brooks, Pro Se, and Defendants Midland Credit Management, Inc. and Midland Funding LLC, by herself, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Midland Credit Management, Inc. and Midland Funding LLC only, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Date: 9/5/2013

Respectfully submitted,

Carolyn Brooks
6820 Belclare Rd.
Baltimore, MD 21222

*Pro Se Plaintiff*

Case 1:12-cv-01926-WDQ                                        Filed 09/05/2013

## CERTIFICATE OF SEVICE

I hereby certify that I served upon all persons listed below a true and correct copy of the Plaintiff's Stipulation of Dismissal regarding Midland Credit Management Inc./Midland Funding, LLC Only, by First Class Certified U.S Mail in the above caption matter which service satisfies the requirements if the Federal Rules of Civil Procedure:

Lauren M Burnette
Marshall Dennehey Warner Coleman, and Goggin
4200 Crums Mill RD Ste. B
Harrisburg, PA 17112

Sandy David Baron
Shulman Rogers Gandal Pordy and Ecker PA
12505 Park Potomac Ave. Sixth Floor
Potomac, MD 20854

Dated: September 5, 2013                By: *Carolyn Brooks*
                                        Carolyn Brooks, Pro Se Plaintiff
                                        6820 Belclare Road
                                        Baltimore, MD 21222