## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CAROLYN BROOKS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:12cv-01926-WDQ |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC, *et al.* | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

Plaintiff, Carolyn Brooks and Defendant, Experian Information Solutions, Inc.

("Experian") stipulate and agree that:

1.      Plaintiff's complaint, claims and pleadings filed against Experian

Information Solutions, Inc. are hereby dismissed with prejudice with Plaintiff and Experian

bearing its own attorney's fees, expert's fees and costs.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

Carolyn Brooks
6820 Belclare Road
Baltimore, Maryland 21222
410-284-7175

By:

Sandy David Baron
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
301-255-0547

IT IS SO ORDERED:

Judge, United States District Court
For the District of Maryland